# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**EARL SHEPHERD** and **SANDRA SHEPHERD,**
Appellants,

v.

**U.S. BANK NATIONAL ASSOCIATION,** as trustee for Structured Asset
Investment Loan Trust Mortgage Pass-Through Certificates
Series 2005-4,
Appellee.

No. 4D20-876

[April 22, 2021]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, St. Lucie County; Elizabeth Ann Metzger, Judge; L.T. Case No. 2018CA000942.

Jeff Barnes of W.J. Barnes, P.A., Boca Raton, for appellants.

Kimberly S. Mello and Arda Goker of Greenberg, Traurig, P.A., Orlando, for appellee.

PER CURIAM.

*Affirmed.*

WARNER, DAMOORGIAN and FORST, JJ., concur.

\*      \*      \*

***Not final until disposition of timely filed motion for rehearing.***